UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MEAGAN COONS, Individually and on behalf
of all others similarly situated,
as Class/Collective Representative,

                              Plaintiff,                **DEFENDANT'S NOTICE OF**
                                                                   **UNOPPOSED MOTION FOR**
                                                                   **APPROVAL OF CONDITIONAL**
                                                                   **COLLECTIVE ACTION**
                                                                   **SETTLEMENT**
                                                                   **Civil Case No. 1:17-cv-00439**
                                                                         **(TJM/CFH)**

    -against-

FAMILY COUNSELING CENTER OF
FULTON COUNTY, INC.,

                              Defendant.
_____

      **PLEASE TAKE NOTICE** that Defendant, by and through its attorneys (*Johnson & Laws, LLC*), hereby submits this Notice of Defendant's Unopposed Motion for Approval of Conditional Collective Action Settlement, returnable before the Honorable Thomas J. McAvoy, seeking an order: (1) approving the parties' Settlement Agreement; and (2) dismissing the action in its entirety with prejudice. In support thereof, Defendant submits: the Affirmation of Loraine C. Jelinek, Esq. (counsel for Defendant), the Affirmation of Nicholas A. Devyatkin, Esq. (counsel for Plaintiffs), and a copy of the Settlement Agreement including all Attachments, filed contemporaneously herewith.

Dated: November 28, 2018

                                      Respectfully submitted,

                                      JOHNSON & LAWS, LLC

                                      /s/ Loraine C. Jelinek
                                      Loraine C. Jelinek
                                      *Attorneys for Defendant*
                                      Bar Roll No. 700354
                                      648 Plank Road, Suite 204
                                      Clifton Park, New York 12065
                                      Tel: 518.490.6427
                                      Fax: 518.616.0676
                                      Email: lcj@johnsonlawsllc.com

TO:    Nicholas A. Devyatkin, Esq.
         Bar Roll No. 520475
         TULLY RINCKEY PLLC
         Attorneys for Plaintiff
         441 New Karner Road
         Albany, New York 12205
         Tel:    518-218-7100
         Fax:   518-218-0496
         Email:  ndevyatkin@tullylegal.com