UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MEAGAN COONS, Individually and on behalf
of all others similarly situated,
as Class/Collective Representative,

                              Plaintiff,        **Civil Case No. 1:17-cv-00439**
                                                                            **(TJM/CFH)**

-against-

FAMILY COUNSELING CENTER OF
FULTON COUNTY, INC.,

                              Defendant.

---

## ORDER

WHEREAS, on November 28, 2018, Defendant, the Family Counseling Center of Fulton County, Inc. (hereinafter "Defendant"), filed an Unopposed Motion for Approval of Conditional Collective Action Settlement;

WHEREAS, the named-Plaintiff, Meagan Coons, and the Claimants who have consented to become parties in the above-captioned action, Hallie Ehlen and Agnes Romeyn (hereinafter collectively "Plaintiffs"), filed a response to Defendant's Unopposed Motion for Approval of Conditional Collective Action Settlement on December 20, 2018, confirming that Plaintiffs had no opposition to the Motion.

NOW THEREFORE, upon consent of the parties and upon the consent of the Court,

IT IS HEREBY ORDERED THAT:

1.     Defendant's Unopposed Motion for Approval of Conditional Collective Action Settlement is granted; and

2. The Plaintiffs' action is hereby dismissed in its entirety, with prejudice; and

3. Except as set forth in the parties Settlement Agreement, each party shall bear her or its own costs and attorneys' fees.

Dated: February 27, 2019

Thomas J. McAvoy
Senior, U.S. District Judge