UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MEAGAN COONS, Individually and on behalf
of all others similarly situated,
as Class/Collective Representative,

                                           Plaintiff,           **Civil Case No. 1:17-cv-439**
                                                                               **(TJM/CFH)**

   -against-

FAMILY COUNSELING CENTER OF
FULTON COUNTY, INC.,

                                           Defendant.
_____

## **STIPULATION OF DISCONTINUANCE AS TO DEFENDANT**

     WHEREAS, the Court has approved the Settlement Agreement between the parties in the above-captioned matter;

     WHEREAS, no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action;

     WHEREAS, paragraph "4" of the aforesaid Settlement Agreement provides that a stipulation of discontinuance, with prejudice, as to Defendant, the Family Counseling Center of Fulton County, Inc., would be provided to attorneys for Defendant simultaneous with the execution of said Settlement Agreement;

     WHEREAS, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the parties herein, as follows:

     1.    All claims presented in the Complaint herein shall be and are hereby discontinued and dismissed as to the Family Counseling Center of Fulton County, Inc.

Such discontinuance and dismissal shall be with prejudice to Plaintiffs' rights to reinstate such claims.

    2. Except as set forth in the Settlement Agreement, each party shall bear her or its own costs and attorneys' fees.

TULLY RINCKEY, PLLC
Attorneys for Plaintiffs

Dated: February 26, 2019

By: _____
Nicholas A. Devyatkin Bar No. 520475
441 New Karner Road
Albany, New York 12205
Tel: 518.218.7100
Fax: 518.218.0496
Email: ndevyatkin@tullylegal.com

JOHNSON & LAWS, LLC
Attorneys for Defendant

Dated: February 26, 2019

By: _____
Gregg T. Johnson Bar No. 506443
648 Plank Road, Suite 204
Clifton Park, New York 12065
Tel: 518.490.6428
Fax: 518.616.0676
Email: gtj@johnsonlawsllc.com

IT IS SO ORDERED.
DATED: February 27, 2019

_____
Thomas J. McAvoy
Senior, U.S. District Judge